STATE OF NEW JERSEY v. NATHANIEL BRIDGES.

September 24, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CLIFTON DORSEY.

September 24, 1984.

Petition for certification denied.

IN THE MATTER OF THE CONTEMPT OF JOHN GRILLO, SR.

September 24, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. EVERETT HOLLOWAY.

September 24, 1984.

Petition for certification denied.

ROBERT LIEBLING v. MICHAEL MARONE, M.D.

September 24, 1984.

Petition for certification denied.